**Order filed August 19, 2025.**



In The

# Fifteenth Court of Appeals

_____

NO. 15-25-00113-CV
_____

**PLEASANTON HOUSING FINANCE CORPORATION AND THE BOARD MEMBERS OF THE PLEASANTON HOUSING FINANCE CORPORATION, IN THEIR OFFICIAL CAPACITIES, Appellants**

**V.**

**CITY OF MISSOURI CITY, TEXAS & SIENNA PARKS & LEVEE IMPROVEMENT DISTRICT, Appellees**

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 25-DCV-328899**

## ORDER

On July 31, 2025, this Court notified the parties and the Fourteenth Court of Appeals of its intent to transfer this matter to the Fourteenth Court because it is not within this Court's exclusive intermediate jurisdiction. *See* Tex. Gov't Code § 22.220(d); Tex. R. App. P. 27a(c). None of the parties filed an objection by the August 11, 2025 deadline. On August 6, 2025, the Fourteenth Court of Appeals notified this Court that it agreed to accept the transfer.

Accordingly, it is **ORDERED** that Cause No. 15-25-00113-CV is transferred to the Fourteenth Court of Appeals pursuant to Chapter 73 of the Government Code and Rule 27a of the Texas Rules of Appellate Procedure.[1] The Clerk of this Court is directed to transfer all papers filed in the case, and certify all orders made, to the Fourteenth Court of Appeals.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.

---

[1] Appellees' July 10, 2025 motion to transfer this appeal to the First or Fourteenth Court of Appeals is denied as moot.